IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUSTIN LLOYD PRICE,<br><br>  Defendant. | Case No. 1:18-cr-038-07<br><br>UNITED STATES' SENTENCING MEMORANDUM |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Rick L. Volk, Assistant United States Attorney, has no objections or corrections to the Pre-Sentence Investigation Report in this case.

Dated this 14th day of April, 2019.

                                         CHRISTOPHER C. MYERS
                                       United States Attorney

By:   */s/ Rick L. Volk*
       RICK L. VOLK
       Assistant United States Attorney
       P. O. Box 699
       Bismarck, ND  58502-0699
       (701) 530-2420
       N.D. Bar Board ID No. 04913
       Attorney for United States